## Mariana Milano, Executrix of Last Will and Testament of Bart Milano, Deceased, Appellant, v. The Trust Company of Chicago, Appellee.

### Gen. No. 45,719.

Bernard P. Barasa, and Cohon & Goldstein, for appellant; Samuel S. Cohon, of counsel; Kirkland, Fleming, Green, Martin & Ellis, for appellee; Vernon M. Welsh, William H. Symmes, Jr., and John M. O'Connor, Jr., of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed October 17, 1952; released for publication November 18, 1952.